Lane E. Webb (State Bar No. 144671)
Wyeth E. Burrows (State Bar No. 203851)
Ranjan A. Lahiri (State Bar No. 232531)
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1050
San Diego, California 92101
Phone: (619) 849-4900 ♦ Fax: (619) 849-4950
E-mail:   lwebb@wshblaw.com
          wburrows@wshblaw.com
          rlahiri@wshblaw.com

Attorneys for Defendant CALABRIAN CORPORATION,
a Delaware Corporation (erroneously sued and served
as CALABRIAN CORPORATION, an Illinois Corporation)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CALABRIAN CORPORATION, an Illinois corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.  2:09-CV00344-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE**<br>Complaint Filed:  12/30/08<br><br>[Assigned to Magistrate Judge Edmund F Brennan]<br><br>Discovery Cutoff:   6/4/10<br>Motion Cutoff:      10/7/10<br>Trial Date:         4/4/11 |

Pursuant to United States District Court, Eastern District of California, Local Rule 143, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1.   A settlement conference has been scheduled in this matter before Judge Dale A. Drozd on January 21, 2010 at 10:00 a.m.  The parties wish to continue the settlement conference for at least sixty (60) days in order to allow the parties and their insurance carriers to complete their preparations for the settlement conference, as well as to allow Defendant to complete the deposition of Plaintiff's person most knowledgeable.

///

2. Good cause exists to continue the settlement conference, since the parties wish to be fully prepared to discuss this case with Judge Drozd in an attempt to resolve the case at the time of the settlement conference. Allowing a brief continuance of at least thirty days will allow both parties to be properly prepared to discuss this case at the settlement conference.

3. Accordingly, the parties hereby stipulate and agree to continue the settlement conference and respectfully request that the court continue the settlement conference sixty (60) days or until a date thereafter that is convenient for the court.

DATED: December ___, 2009    WOOD, SMITH, HENNING & BERMAN LLP

By: /s/
    LANE E. WEBB
    WYETH E. BURROWS
    RANJAN A. LAHIRI
Attorneys for Defendant CALABRIAN CORPORATION, a Delaware Corporation (erroneously sued and served as CALABRIAN CORPORATION, an Illinois Corporation)

DATED: December ___, 2009    COZEN O'CONNOR

By: /s/
    GERARD P. HARNEY
Attorneys for Plaintiff COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT

/ / /
/ / /
/ / /
/ / /
/ / /

1  Having read the foregoing stipulation and, good cause appearing, IT IS HEREBY ORDERED that the settlement conference in this matter is hereby continued to April 1, 2010 at 10:00 a.m. in Courtroom 27.  The parties are ordered to submit confidential settlement confidential statements not later than March 25, 2010.

DATED: December 23, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1050
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 849-4900 ♦ FAX (619) 849-4950