Lane E. Webb (State Bar No. 144671)
Wyeth E. Burrows (State Bar No. 203851)
Ranjan A. Lahiri (State Bar No. 232531)
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1050
San Diego, California 92101
Phone: (619) 849-4900 ♦ Fax: (619) 849-4950
E-mail:   lwebb@wshblaw.com
          wburrows@wshblaw.com
          rlahiri@wshblaw.com

Attorneys for Defendant CALABRIAN CORPORATION,
a Delaware Corporation (erroneously sued and served
as CALABRIAN CORPORATION, an Illinois Corporation)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CALABRIAN CORPORATION, an Illinois corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 2:09-CV00344-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE**<br>Complaint Filed: 12/30/08<br><br>[Assigned to Magistrate Judge Edmund F Brennan]<br><br>Discovery Cutoff:   6/4/10<br>Motion Cutoff:      10/7/10<br>Trial Date:              4/4/11 |

Pursuant to United States District Court, Eastern District of California, Local Rule 143, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1. A settlement conference has been scheduled in this matter before Judge Dale A. Drozd on April 1, 2010 at 10:00 a.m.  The parties wish to and hereby agree to continue the settlement conference for at least thirty (30) days.

2. Good cause exists to continue the settlement conference.  The wife of the primary representative for the insurance carrier for Defendant Calabrian Corporation is currently pregnant and is expected to deliver her baby around the time of the settlement conference.  The baby is currently expected to be delivered early and it is anticipated that

both the mother and the child may be under medical supervision during the time of the settlement conference.

     3.    Accordingly, the parties hereby stipulate and agree to continue the settlement conference and respectfully request that the court continue the settlement conference thirty (30) days or until a date thereafter that is convenient for the court.

DATED: March 12, 2010    WOOD, SMITH, HENNING & BERMAN LLP

By: /s/
    LANE E. WEBB
    WYETH E. BURROWS
    RANJAN A. LAHIRI
Attorneys for Defendant CALABRIAN CORPORATION, a Delaware Corporation (erroneously sued and served as CALABRIAN CORPORATION, an Illinois Corporation)

DATED: March 15, 2010    COZEN O'CONNOR

By: /s/
    GERARD P. HARNEY
Attorneys for Plaintiff COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Having read the foregoing stipulation and, good cause appearing, IT IS HEREBY ORDERED that the settlement conference in this matter is hereby continued to June 10, 2010 at 10:00 a.m. before Judge Dale A. Drozd. The parties are ordered to submit confidential settlement statements not later than June 3, 2010.

There will be no further continuances of the settlement conference.

DATED: March 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE