Lane E. Webb (State Bar No. 144671)
Wyeth E. Burrows (State Bar No. 203851)
Ranjan A. Lahiri (State Bar No. 232531)
**WOOD, SMITH, HENNING & BERMAN LLP**
501 West Broadway, Suite 1050
San Diego, California 92101
Phone: (619) 849-4900 ♦ Fax: (619) 849-4950
E-mail:   lwebb@wshblaw.com
             wburrows@wshblaw.com
             rlahiri@wshblaw.com

Attorneys for Defendant CALABRIAN CORPORATION,
a Delaware Corporation (erroneously sued and served
as CALABRIAN CORPORATION, an Illinois Corporation)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>CALABRIAN CORPORATION, an Illinois corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.  2:09-CV00344-MCE-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE AND TO CONTINUE DISCOVERY, EXPERT DISCOVERY CUT-OFF, AND MOTION CUT-OFF DATES**<br>Complaint Filed:  12/30/08<br><br>[Assigned to Magistrate Judge Edmund F Brennan]<br><br>Discovery Cutoff:       6/4/10<br>Motion Cutoff:          10/7/10<br>Trial Date:             4/2/12 |

Pursuant to United States District Court, Eastern District of California, Local Rule 143, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

1. A settlement conference has been scheduled in this matter before Judge Dale A. Drozd on June 10, 2010 at 10:00 a.m.

2. The parties wish to and hereby agree to continue the settlement conference for at least sixty (60) days.

3. Good cause exists to continue the settlement conference.  Counsel for Calabrian Corporation, Wyeth E. Burrows, has a pre-paid family vacation to attend a

PDF created with pdfFactory trial version www.pdffactory.com

1 family wedding which starts on June 10, 2010. Counsel for Calabrian attempted to send another attorney from its office, who would be familiar with the facts of this case and prepared to participate in the settlement conference. However, the insurance carrier for Calabrian has specifically requested Mr. Burrows attend the settlement conference since he is the individual who is most knowledgeable of the facts of this case.

4. The parties are also in the process of scheduling a private mediation in this case in San Diego in June or July, 2010. Counsel for both parties are located in San Diego and the parties have engaged in some preliminary settlement discussions. The parties agree that they would like to exhaust voluntary mediation efforts prior to flying to Sacramento to conduct a settlement conference before the court.

5. Accordingly, the parties hereby stipulate and agree to continue the settlement conference and respectfully request that the court continue the settlement conference sixty (60) days or until a date thereafter that is convenient for the court.

6. Furthermore, the court has set the discovery cut-off in this case for June 4, 2010, the expert disclosure deadline for August 4, 2010, the supplemental expert disclosure deadline for August 24, 2010, and the deadline to file motions in this case for October 7, 2010. In light of the fact that the parties are pursuing voluntary mediation in this case, and the fact that the trial date in this case has already been continued to April 2, 2012, the parties further agree that the discovery and motion cut-off dates should be continued for a period of at least six (6) months to allow the parties to complete mediation prior to engaging in further depositions, written discovery, and/or the designation of experts.

DATED: May 11, 2010         WOOD, SMITH, HENNING & BERMAN LLP


                            By: /s/
                               LANE E. WEBB
                               WYETH E. BURROWS
                               RANJAN A. LAHIRI

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | Attorneys for Defendant CALABRIAN CORPORATION, a Delaware Corporation (erroneously sued and served as CALABRIAN CORPORATION, an Illinois Corporation) |

DATED: May 11, 2010                COZEN O'CONNOR


By:  /s/ _____
      GERARD P. HARNEY
Attorneys for Plaintiff COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT

## **ORDER**

Having read the foregoing stipulation and, good cause appearing, IT IS HEREBY ORDERED that the settlement conference in this matter is hereby continued to August 26, 2010 at 10:00 a.m. The parties are ordered to submit confidential settlement conference statements not later than August 19, 2010.

IT IS FURTHER ORDERED that the pre-trial discovery cut-off date and other related pre-trial dates are hereby continued. Since the modification of the discovery dates in this case necessarily requires modification of all scheduling dates, the Court will issue an Amended Pretrial Scheduling Order within ten (10) days of the date this Order is electronically filed.

DATED: May 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
501 WEST BROADWAY, SUITE 1050
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 849-4900 ♦ FAX (619) 849-4950

PDF created with pdfFactory trial version www.pdffactory.com