Gerard P. Harney
California Bar No. 129162
COZEN O'CONNOR
Suite 1610, 501 West Broadway
San Diego, CA  92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Attorneys for Plaintiff
COUNTY OF SACRAMENTO, as a member of and
on behalf of SACRAMENTO REGIONAL COUNTY
SANITATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| COUNTY OF SACRAMENTO, as a member of and on behalf of SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT, | ) ) ) ) ) | No.: 2:09-CV00344-MCE-EFB  STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS |
|---|---|---|
| Plaintiff, | ) ) | COMPLAINT FILED: 12/30/2008 |
| vs. | ) ) | |
| CALABRIAN CORPORATION, an Illinois corporation, and DOES 1-100, | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to United States District Court, Eastern District of California, Local rule 160, the undersigned parties, by and through their counsel of record, hereby stipulate as follows:

    1.   On August 11, 2010, Plaintiff filed a notice of settlement with the Court.  On August 13, 2010, the Court set September 27, 2010 as the date for dispositional documents to be filed on or before.

    2.   The notice of settlement requested additional time for filing the documents because the County of Sacramento had scheduled

PDF created with pdfFactory trial version www.pdffactory.com

1  a District Board meeting to approve the settlement on August 25,
2  2010.  The County approved the settlement on August 25, 2010.
3      3.   Good cause exists, pursuant to Local Rule 160(b), to
4  extend the time for filing the dispositional documents for 30 days.
5  On September 20, 2010, the County of Sacramento executed the
6  settlement agreement and release.  Plaintiff's counsel provided
7  counsel for Defendant Calabrian Corporation with copies of the
8  signed and executed signature pages from the settlement agreement
9  and release upon receipt on September 23, 2010.
10     4.   On September 23, 2010, counsel for Defendant requested
11 that a check be issued by it's liability insurance carrier.  A
12 check is not expected to be received by the current September 27,
13 2010 filing deadline originally set by the Court.  The parties
14 expect that Plaintiff will receive the settlement check within
15 thirty (30) days.
16     5.   The parties have drafted and agreed to file a stipulation
17 for dismissal upon Plaintiff's receipt of the settlement check.
18     6.   Accordingly, the parties hereby stipulate and agree to
19 extend the time for filing the dispositional documents for thirty
20 (30) days and respectfully request the Court's approval pursuant to
21 Local Rule 144(a).
22 DATED:  September 23, 2010    COZEN O'CONNOR

By: _____
    GERARD P. HARNEY
    Attorneys for Plaintiff
    COUNTY OF SACRAMENTO, AS A MEMBER
    OF AND ON BEHALF OF SACRAMENTO
    REGIONAL COUNTY SANITATION
    DISTRICT

2
STIPULATION AND ORDER FOR FILING DISPOSITIONAL DOCUMENTS

PDF created with pdfFactory trial version www.pdffactory.com

DATED: September 23, 2010        WOOD, SMITH, HENNING & BERMAN LLP


                                 By: _____
                                     LANE E. WEBB
                                     WYETH E. BURROWS
                                     RANJAN A. LAHIRI
                                     Attorneys for Defendant
                                     CALABRIAN CORPORATION, A DELAWARE
                                     CORPORATION


## ORDER

Having read the foregoing stipulation and, good cause appearing, IT IS HEREBY ORDERED that the time for filing dispositional settlement documents in this matter is extended for thirty (30) days.  The parties are ordered to file the dispositional documents on or before October 27, 2010.

There will be no further extensions for filing the dispositional documents.

DATED: September 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com